IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Benford, Leon M | Case Number:  07 B 21826
Benford, Trina M | Judge:  Wedoff, Eugene R
Printed: 01/22/09 | Filed:  11/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 6, 2008
Confirmed: January 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,443.33 |  |
| Secured: |  | 2,086.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,501.50 |
| Trustee Fee: |  | 365.12 |
| Other Funds: |  | 490.00 |
| Totals: | 6,443.33 | 6,443.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,501.50 | 3,501.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Jeffro Furniture Company | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 600.00 | 150.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 6,897.50 | 1,936.71 |
| 6. | Internal Revenue Service | Priority | 4,311.56 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 78.94 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 46.18 | 0.00 |
| 9. | Capital One | Unsecured | 45.04 | 0.00 |
| 10. | Santander Consumer USA | Unsecured | 1,301.34 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 384.22 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 121.92 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 24.03 | 0.00 |
| 14. | United States Dept Of Education | Unsecured | 4,245.47 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 20.28 | 0.00 |
| 16. | Capital One | Unsecured | 66.44 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 1,100.00 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 37.99 | 0.00 |
| 19. | AT&T Wireless | Unsecured | 299.98 | 0.00 |
| 20. | Nicor Gas | Unsecured | 18.17 | 0.00 |
| 21. | American Express Centurion | Unsecured | 101.98 | 0.00 |
| 22. | CCA | Unsecured |  | No Claim Filed |
| 23. | Comcast | Unsecured |  | No Claim Filed |
| 24. | Imagine | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 26. | Pay Day Loans | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Benford, Leon M | Case Number: 07 B 21826 |
|---|---|---|
| | Benford, Trina M | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 11/20/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 28. | S & P Capital | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | Tribute/Fbold | Unsecured | | No Claim Filed |
| | | | $ 23,202.54 | $ 5,588.21 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 109.64 |
| 6.5% | 223.14 |
| 6.6% | 32.34 |
| | $ 365.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

